**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   MELANIE D MAXWELL               §       Case No.: 08-24931
                                         §
                                         §
                                         §
                                         §
         Debtor(s)                       §
-----------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/19/2008.

2) This case was confirmed on 12/01/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2009.

5) The case was converted on 02/08/2010.

6) Number of months from filing to the last payment:  13

7) Number of months case was pending:  18

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     9,900.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 10,371.51 |
| Less amount refunded to debtor | $ 38.87 |
| **NET RECEIPTS** | $ 10,332.64 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 708.74 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,208.74 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS DEPT OF REV | PRIORITY | 2,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 8,000.00 | .00 | 674.94 | 674.94 | .00 |
| SBC ILLINOIS | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 516.00 | 516.06 | 516.06 | 53.37 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 516.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 800.00 | 875.59 | 875.59 | 90.55 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | 16,923.18 | 16,923.18 | 1,881.32 | .00 |
| LVNV FUNDING | UNSECURED | NA | 1,218.83 | 1,218.83 | 126.03 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NA | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,532.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,489.00 | 322.00 | 322.00 | 33.28 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 520.00 | 519.73 | 519.73 | 53.74 | .00 |
| GEMB | UNSECURED | NA | NA | NA | .00 | .00 |
| SBC | UNSECURED | 126.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 4,800.00 | 4,345.83 | 4,345.83 | 483.11 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 7,990.00 | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 6,453.00 | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | NA | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | NA | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | NA | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | NA | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRU GREEN | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 15,028.00 | 15,010.97 | 15,010.97 | 1,668.73 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| USA SERVICES COMPANY | UNSECURED | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | 636.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 114.00 | 237.38 | 237.38 | 17.07 | .00 |
| ERNESTO D BORGES JR | PRIORITY | NA | .00 | 40.00 | 40.00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 1,171.62 | 1,171.62 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 9,011.20 | 9,011.20 | 1,001.76 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 714.94 | 714.94 | .00 |
| **TOTAL PRIORITY:** | 714.94 | 714.94 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 50,152.39 | 5,408.96 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,208.74 |
| Disbursements to Creditors | $ | 6,123.90 |
| **TOTAL DISBURSEMENTS:** | $ | 10,332.64 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:   03/25/2010              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**